UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Daniel M. Brown, | ) | C/A No. 4:12-3057-DCN-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| L.T. Perry Powell; L.T. Ronald Brayboy; Sgt. Terrance Purvis; Captain Kenny Green; and Officer H. Kessler, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Presently before the court are two motions from Plaintiff entitled "Motion for Evidence" (doc.#64) and "Motion to Amend Discovery" (doc.# 66). Defendants filed a response. (Doc. # 68). It appears Plaintiff is attempting to offer evidence for purposes of trial. Accordingly, these motions are DENIED as premature.

In the event Plaintiff is offering this evidence as discovery responses, it is noted that Plaintiff has provided this information to the Defendants, and generally, this court does not enter the discovery process, which is governed by the Federal Rules of Civil Procedure. *See* Rules 26 through 38, generally.[1] Thus, these motions are DENIED.

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

June 11, 2013
Florence, South Carolina

---

[1] If Plaintiff wants to file a pretrial motion under Rule 56 of the Federal Rules of Civil Procedure, Plaintiff should do so within the deadlines set forth in the court's scheduling order.